IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:15CR102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHYLA MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the Court on a Petition for Action on Conditions of Pretrial Release (#15). On June 9, 2015 Pretrial Services Officer Troy Greve submitted a Petition for Action on Conditions of Pretrial Release alleging that Defendant had violated conditions of release as follows:

> The defendant shall:
> (n)  Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
> (s)  Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
>
> *On or about May 28, 2015, the defendant had law enforcement contact with Bellevue Police and failed to notify this officer of the contact. On June 9, 2015, the defendant admitted to using methamphetamine on or about June 5, 2015.*

A warrant for Defendant's arrest was issued.

Defendant appeared before the undersigned magistrate on June 10, 2015. Ashley R. Trankle represented Defendant. Nancy Svoboda, Assistant United States Attorney, represented the Government. After being advised of the nature of the allegations, rights, and the consequences if the allegations were found to be true, Defendant admitted the allegations. The Court took judicial notice of the Memorandum of Pretrial Services Officer Troy Greve dated June 9, 2015. The Court finds the allegations set out in the petition are generally true and finds the Defendant violated the conditions of release. Defendant requested a hearing on detention.

**IT IS ORDERED:**

A detention hearing is set for **Friday, June 12, 2015, at 9:30 A.M.,** before Magistrate Judge Thomas D. Thalken, Courtroom 7, 2nd Floor of the Roman L. Hruska U. S. Courthouse.

Dated this 10th day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge