IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:15CR102 |
| | ORDER |
| SHYLA MARTINEZ, | |
| Defendant. | |

This matter comes before the Court upon the United States' Motion for Dismissal of the Indictment. Leave is granted for the dismissal.

IT IS HEREBY ORDERED the Indictment filed herein is hereby dismissed.

DATED this 6th day of August, 2015.

BY THE COURT:

_____
LYLE E. STROM
Senior Judge, United States District Court